## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-153 |
| VERSUS | SECTION "T" (4) |
| KRISTIAN HART | VIOLATIONS:<br>18USC §371<br>52USC §10307(c) |

### NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for SENTENCING on **NOVEMBER 1, 2022** at **10:00 A.M.**, before U.S. District Judge Greg Gerard Guidry, 500 Poydras Street, Courtroom C552, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: July 20, 2022

TO: **KRISTIAN HART (BOND)**

CAROL L. MICHEL, CLERK
by: Dedra D. Pongracz, Deputy Clerk
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COUNSEL FOR KRISTIAN HART**

John Steven McLindon
Alan Gregory Rome

AUSA   M. Irene Gonzalez
             Michael Nicholas Lang
             Rosaleen O'Gara

U.S. Marshal

U.S. Probation/Pretrial Services Unit

COURT REPORTER COORDINATOR:
INTERPRETER -NONE

If you change address, notify
Clerk of Court by phone,
(504) 589-7747